U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAR 1 1 2009

ROBERT H. SHEMWELL, CLERK
BY _____
      DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| CAROL LUCARELLI EX REL. MAGGIELEAN TAYLOR, ET AL. | CIVIL ACTION NO. 08-0406 |
| VERSUS | JUDGE ROBERT G. JAMES |
| DVA RENAL HEALTHCARE INC., ET AL. | MAG. JUDGE KAREN L. HAYES |

### ORDER

For the reasons set forth in this Court's Ruling,

IT IS HEREBY ORDERED that Plaintiffs' Motion for Reconsideration Pursuant to Fed. R. Civ. P. 59(e) [Doc. No. 82] is DENIED.

MONROE, LOUISIANA, this 10 day of March, 2009.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE